O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI R. HIGGINS, ) | CASE NO. ED CV 12-02016 RZ |
| ) Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED:   August 21, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE